UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN - 6 2011

BY DAVID J. MALAND, CLERK

UNITED STATES OF AMERICA

V.

ANDREW DUANE TRUMP

CRIMINAL COMPLAINT
CASE NUMBER: 4:11MJ4

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 3, 2011, in the Eastern District of Texas and elsewhere, defendant **Andrew Duane Trump**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce the following firearm and ammunition, a Yankee Hill Machine Company, Inc., Model TYM-15, .223 caliber semi-automatic rifle, Serial Number YH8456 and 150 rounds of Lake City .223 caliber ammunition, a violation of 18 U.S.C. § 922(g)(1). I further state that I am a(n) Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   Yes.

SA Daniel P. Meade
Complainant

Sworn to before me, and subscribed in my presence

January 6, 2011                                              Sherman, Texas
_____ at _____
Date                                                         City and State
   AMOS L. MAZZANT
   U. S. MAGISTRATE JUDGE
_____     _____
Name and Title of Judicial Officer   Signature of Judicial Officer